# CRIMINAL DOCKET — U.S. District Court

| | | |
|---|---|---|
| PO ☐ 0313_2 | A/S/A 1351HH — Disp/Sentence 1343MK | ☐ WRIT ☐ JUVENILE ☐ ALIAS |
| Misd. ☐ | | |
| Felony ☒ District | Off | Judge/Magistr. |

vs. **WILLIAMS, DERRICK** a/k/a "Little Derrick"

Date: 10/02/91 — 26
Docket No. 00570 — Def. 20

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:846 | Conspiracy to possess with intent to distribute and distribution of Cocaine, a Schedule II narcotic controlled substance   Ct. 1 | 1 |

## II. KEY DATE

- INTERVAL ONE — KEY DATE / EARLIEST OF: 1st appears with or waives counsel; ARRAIGNMENT
- END ONE AND/OR BEGIN TWO — KEY DATE: 10-3-91 — ☒ Indictment filed/unsealed
- END INTERVAL TWO — APPLICABLE

1st Trial Ended / RE-TRIAL / 2nd Trial Began / DISPOSITION DATE / SENTENCE DATE

## III. MAGISTRATE

Search Warrant — Issued/Return
Summons — Issued/Served
Arrest Warrant Issued
COMPLAINT ▶
Date of Arrest — OFFENSE (In Complaint)

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS**
U.S. Attorney or Asst.

ALLISON BURROUGHS, ESQ., AUSA     Robert E. Courtney, III, AUSA

Defense: 1 ☒ CJA   2 ☐ Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non/Other.   6 ☐ PD.   7 ☐ CD

ARLENE FISK, AUSA
~~John J. Fioravanti, Esq.~~ (5)
93 E. Court St.           (8)
Doylestown, Pa.  18901

PAUL HETZNECKER
1420 WALNUT STREET
SUITE 911
PHILADELPHIA, PA 19102

Cheryl J. Sturm, Esquire (44)
P.O. Box 210
Westtown, PA  19395

Patrick J. Egan Esq. (55)
232 S. 4th Street
Philadelphia, PA 19106

## BAIL • RELEASE

**PRE-INDICTMENT**
Release Date / Bail ☐ Denied / ☐ Fugitive / ☐ Pers. Rec. / AMOUNT SET $ / ☐ PSA
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
Date Set / ☐ Bail Not Made / Date Bond Made

**POST-INDICTMENT**
Release Date / Bail ☐ Denied / ☐ Fugitive / ☐ Pers. Rec. / AMOUNT SET $ / ☐ PSA
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
Date Set / ☐ Bail Not Made / Date Bond Made

APPEALS FEE PAYMENTS

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

| DATE DOCUMENT NO | | | V. PROCEEDINGS | |
|---|---|---|---|---|
| 1991 | | | | |
| -- Oct | | 2 | TRUE BILL | |
| 1 | " | 2 | ORDER FOR BENCH WARRANT, FILED.          WARRANT EXIT<br>No Bail Entered | EEN |
| 2 | " | 2 | MOTION AND ORDER THAT THE WARDEN OF SCI, ROCKVIEW AND THE U.S.<br>U.S. MARSHAL PRODUCE DEFT. ON 10/8/91 AT 2:00 P.M. FOR ARRAIGN-<br>MENT, FILED. | JK |
| -- | " | 3 | Letter Unimpounding Indictment, filed. | |
| 3 | " | 15 | Bail Status Sheet dated 10/10/91 - 3 day cont. for pretrial<br>detention hearing, filed. | PBS |
| 4 | " | 15 | ORDER DATED 10/10/91 FIXING 10/17/91 AT 1:30 P.M. IN COURTROOM<br>5-A FOR DETENTION HEARING, FILED.<br>10/15/91 ENTERED AND COPIES MAILED. | PBS |
| 5 | " | 15 | Copy of Appointment of and Authority to Pay Court Appointed<br>Counsel under the CJA Act, filed. | PBS |
| 6 | " | 17 | Warrant Returned: " On 10/10/91 Executed", filed. | |
| 7 | " | 22 | Bail Status Sheet dated 10/17/91 - Pretrial Detention Hearing<br>postponed indefinitely; Deft. waived his rights under the Inter-<br>state Detainers Act, filed. | WFH |
| 8 | " | 22 | Appearance of John J. Fioravanti, Esq. as counsel for Deft., filed. | |
| 9 | " | 22 | Stipulation re: Certain Facts, filed. | |
| -- | " | 30 | ORDER THAT THIS CASE IS REASSIGNED FROM THE CALENDAR OF JUDGE<br>HUTTON TO THE CALENDAR OF JUDGE KATZ, FILED.<br>10/30/91 ENTERED AND COPIES MAILED. | LB |
| -- | Nov. | 15 | ORDER KATZ, J. RE: TRIAL MANAGEMENT PLAN, FILED. (91-570-01)<br>   11/18/91 entered & copies mailed. | MK |
| 10 | " | 19 | DEFT'S OMNIBUS PRETRIAL MOTION, MEMORANDUM, CERTIFICATE OF<br>SERVICE, FILED. | |
| -- | Nov. | 21 | ORDER SUPPLEMENTING THE COURT'S TRIAL MANAGEMENT ORDER OF<br>11/15/91, ETC., FILED.   (91-570-01)<br>   11/21/91 entered & copies mailed. | MK |
| 11 | " | 22 | Govt's omnibus response to deft's pretrial motions, cert. of<br>Service, filed. | |
| 12 | " | 22 | ORDER THAT DEFT'S MOTION TO JOIN PRETRIAL MOTIONS OF OTHER DEFTS<br>IS GRANTED, FILED.<br>   11/25/91 entered & copies mailed. | MK |
| 13 | " | 22 | ORDER THAT DEFT'S MOTION FOR A BILL OF PARTICULARS IS DENIED,<br>FILED.<br>   11/25/91 entered & copies mailed. | MK |
| 14 | " | 22 | ORDER THAT DEFT'S MOTION TO COMPEL DISCLOSURE OF EXCULPATORY<br>EVIDENCE IS DENIED AS MOOT, FILED.<br>   11/25/91 entered & copies mailed. | MK |
| 15 | " | 22 | ORDER THAT DEFT'S MOTION FOR CONTINUANCE IS DENIED WITHOUT PRE-<br>JUDICE, ETC., FILED.<br>   11/25/91 entered & copies mailed. | MK |
| 16 | " | 22 | ORDER THAT DEFT'S MOTION TO EXTEND TIME FOR FILING PRETRIAL<br>MOTIONS IS GRANTED, ETC., FILED.<br>   11/25/91 entered & copies mailed. | MK |
| -- | " | 22 | ORDER THAT ALL MOTIONS FILED PURSUANT TO THE COURT'S TRIAL<br>MANAGEMENT ORDERS SHALL BE HAND DELIVERED BY 12/6/91, ETC.,<br>FILED. (91-570-01)<br>11/25/91 ENTERED AND COPIES MAILED. | MK |

CONTINUED...

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U. S. vs    WILLIAMS, DERRICK

AO 256A

| Yr. | Docket No. | Def. |
|---|---|---|
| 91 | 00570 | 20 |

| DATE 1991 | PROCEEDINGS (continued) —(Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Nov. 25 | GOVT'S MOTION TO ADMIT TAPE RECORDINGS, CERT. OF SERVICE, FILED. | (91-570-01) | | | |
| " 25 | ORDER THAT A PRETRIAL CONFERENCE WILL BE HELD ON 12/11/91 AT 9:30 A.M., FILED. (91-570-01)    11/26/91 entered & copies mailed. | MK | | | |
| " 26 | ORDER DATED 11/25/91 THAT DEFTS' MOTIONS REQUESTING THAT TAPE RECORDINGS BE SUPPRESSED ARE DENIED WITHOUT PREJUDICE, ETC., FILED. (91-570-01)    11/27/91 ENTERED AND COPIES MAILED. | MK | | | |
| " 27 | GOVT'S TRIAL MANAGEMENT PLAN, CERT. OF SERVICE, FILED. (91-570-01) | | | | |
| " 27 | ORDER THAT A PRETRIA CONFERENCE IN THE ABOVE CASE PRESENTLY SCHEDULED FOR DEC. 11, 1991 AT 9:30 A.M. HAS BEEN RESCHEDULED FOR DEC. 11, 1991 AT 4:00 P.M., IN COURTROOM 13-B, FILED. (91-570-01)    11/29/91 ENTERED & COPIES MAILED. | MK | | | |
| Dec. 3 | ORDER THAT THE GOVT'S MOTION TO ADMIT TAPE RECORDINGS WILL BE HEARD IN CONJUNCTION WITH DEFTS' STARKS MOTIONS, ETC., FILED.    12/3/91 entered & copies mailed. | (91-570-01) | MK | | |
| " 3 | ORDER THAT THE EXCLUDABLE TIME BE COMPUTED FROM THE DATE OF FILING OF GOVT'S MOTION TO ADMIT TAPE RECORDINGS, FILED. (91-570-01) MK    12/3/91 entered & copies mailed. | | | | |
| " 12 | ORDER DATED 12/11/91 THAT THE CASE IS SPECIALLY LISTED FOR TRIAL ON 3/12/92 AT 9:30 A.M., ETC., FILED. (91-570-01)    12/12/91 entered & copies mailed. | MK | | | |
| " 12 | ORDER THAT THE CASE CANNOT PROCEED TO TRIAL AND DISPOSITION AND MUST BE CONTINUED PURSUANT TO 18:3161(h)(8) OF THE SPEEDY TRIAL ACT, FILED. (91-570-01)    12/12/91 entered & copies mailed. | MK | | | |
| " 12 | ORDER THAT THE GOVT. SHALL FILE ANY NECESSARY CORRECTED RE- SPONSES COVERING 4TH & 5TH AMENDMENT DISCOVERY MATERIALS WITH- IN 10 DAYS, FILED. (91-570-01)    12/12/91 entered & copies mailed. | MK | | | |
| " 13 | ORDER THAT THE GOVT. SHALL FURNISH EACH DEFT'S LAWYER WITH A COPY OF THE TAPES OF THOSE RECORDED CONVERSATIONS WHICH THE GOVT. INTENDS TO PLAY AT THE TRIAL, ETC., FILED. (91-0570-01)    12/16/91 entered & copies mailed. | MK | | | |
| " 13 | ORDER THAT THE GOVT. SHALL ADVISE THE COURT AND COUNSEL WITH- IN 10 DAYS OF THE TOTAL RUNNING TIME OF ALL RECORDED CON- VERSATIONS WHICH THE GOVT. INTENDS TO PLAY AT TRIAL, FILED. (91-0570-01)         12/16/19 entered & copies mailed. | MK | | | |
| " 13 | ORDER THAT THE CASE IS SPECIALLY LISTED FOR TRIAL ON 3/23/92 AT 9:30 A.M., IN COURTROOM 13-B, FILED. (91-0570-01)    12/16/91 entered. | MK-CLK | | | |
| " 16 | ORDER THAT THE GOVT. WILL FILE A BILL OF PARTICULARS WITHIN 20 DAYS, FILED. (91-0570-01)    12/16/91 entered & copies mailed. | MK | | | |
| " 17 | Pretrial Conference of 12/11/91 Re: Case Management Procedures, filed. (91-00570-01) | MK | | | |
| " 17 | ORDER DATED 12/11/91 THAT THE MOTION FOR EXPEDITED PAYMENTS IS GRANTED, FILED. (91-00570-01)    12/18/91 entered & copies mailed. | MK | | | |

( O V E R )

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1991** | | | | | |
| -- Dec 23 | GOVT'S MOTION FOR RECONSIDERATION OF ORDER DATED 12/13/91 REGARDING PRODUCTION OF TAPES AND RECORDED CONVERSATIONS, CERTIFICATE OF SERVICE, FILED. (91-570-01) | | | | |
| -- " 23 | Govt's Response to Order Regarding Fourth and Fifth Amendment Discovery Materials, Certificate of Service, filed. (91-570-01) | | | | |
| -- " 24 | Govt's Response to Order of 12/13/91 Regarding Total Running Time of Recorded Conversations, Certificate of Service, filed. (91-570-01) | | | | |
| -- " 24 | Govt's Bill of Particulars, Certificate of Service, filed. (91-570-01) | | | | |
| -- " 30 | ORDER MODIFYING ORDER OF 12/13/91 TO PERMIT DEFENSE COUNSEL TO REQUEST SPECIFIC TAPES WHICH SHALL THEN BE COPIED BY THE GOVT., FILED. (91-570-01)<br>12/31/91 ENTERED AND COPIES MAILED. | MK | | | |
| **1992** | | | | | |
| 17 Jan 31 | Deft's Notice of Alibi, Certificate of Service, filed. | | | | |
| -- Feb. 6 | Govt's supplemental Bill of Particulars, cert. of service, filed. (91-05570-01). | | | | |
| -- " 10 | Govt's status report, cert. of service, filed. (91-0570-01). | | | | |
| -- " 18 | ORDER THAT COUNSEL FOR DEFTS SHALL SUBMIT TO THE GOVT. WITHIN 10 DAYS FROM THE DATE HEREOF ANY OBJECTIONS OR PROPOSED ADDITIONAL QUESTIONS WITH RESPECT TO THE GOVT'S PROPOSED QUESTIONNAIRE FOR PROSPECTIVE JURORS, ETC., FILED. (91-570-01)<br>2/18/92 entered & copies mailed. | MK | | | |
| -- " 18 | ORDER THAT COUNSEL HAVING STARKS OBJECTIONS MEET WITHIN 15 DAYS FROM THE DATE OF THIS ORDER TO RESOLVE PARTICULAR OBJECTIONS, ETC., FILED. (91-570-01)<br>2/18/92 entered & copies mailed. | MK | | | |
| -- " 20 | ORDER THAT THE ADDITIONAL QUESTIONS CONTAINED IN THE PATTERSON QUESTIONNAIRE SHALL BE ADDED AND THAT THE QUESTIONS IN THE GOVT'S PROPOSED QUESTIONNAIRS ARE APPROVED, SUBJECT TO THE PROCEDURES AS SET FORTH IN THE COURT'S ORDER OF 2/18/92, FILED. (91-570-01)<br>2/21/92 ENTERED AND COPIES MAILED. | MK | | | |
| 18 " 21 | Copy of order dated 10/2/91 returned: "Executed on 10/18/91", filed. | | | | |
| -- " 28 | ORDER THAT ANY RESPONSE TO GOVT'S MOTION REQUESTING THE USE OF AN ANONYMOUS JURY SHALL BE FILED BY MARCH 6, 1992, FILED. 2/28/92 ENTERED & COPIES MAILED. (91-570-01). | MK | | | |
| -- Mar 2 | ORDER GRANTING GOVT'S MOTION TO EMPANEL THE JURY ANONYMOUSLY; AMENDING COURT'S ORDER OF 2/28/92 TO REQUEST MOTIONS FOR RECONSIDERATION OF THIS ORDER BE FILED BY 3/6/92, FILED. (91-570-01)<br>3/3/92 ENTERED AND COPIES MAILED. | MK | | | |

CONTINUED....

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U. S. vs  WILLIAMS, DERRICK       91  00570-  20
AO 256A                                              Yr.  Docket No.  Def.

| DATE | | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY |
|---|---|---|---|---|
| 1992 | | | | |
| — | Mar | 3 | Govt's status report, cert. of service, filed. (91-570-01). | |
| — | " | 3 | Govt's supplemental bill of particulars, cert. of service, filed. (91-570-01). | |
| — | " | 3 | ORDER THAT THE GOVT. SHALL PRESENT BY MARCH 6, 1992 A REASONED BASIS TO SUPPORT A CONCLUSION THAT A JOINT TRIAL OF 19 DEFTS IS MORE CONSISTENT WITH THE FAIR ADMINISTRATION OF JUSTICE THAN SOME MANAGEABLE DIVISION OF THE CASE INTO SEPARATE TIRAL FOR GROUPS OF DEFTS, ETC: A PRETEIAL CONFERENCE WILL BE HELD ON MARCH 12, 1992 AT 4:30 P.M. IN COURTROM 13-B, FILED. (91-570-01). 3/4/92 ENTERED & COPIES MAILED BY CHAMBERS 3/3/92 | MK |
| — | " | 3 | ORDER THAT IN VIEW OF THE GOVT'S STATUS REPORT WITH REGARD TO THE SEARCH WARRANT FOR AUTHORIZATION FOR THE SEARCH OF 6801 CRITTENDON STREET, ANY MOTIONS WITH RESPECT TO SUCH SEARCH SHALL BE FILED WITHIN TEN DAYS, FILED. (91-570-01). 3/4/92 ENTERED & COPIES MAILED. | MK |
| 19 | " | 5 | DEFT'S SUPPLEMENTAL OMNIBUS PRETRIAL MOTION, CERT. OF SERVICE, FILED. | |
| — | " | 6 | Govt's response to order of the court dated 3/3/92 regarding severance, cert. of service, filed. (91-570-01) | |
| 20 | " | 12 | DEFT'S SUPPLEMENTAL OMNIBUS PRE-TRIAL MOTION, CERT. OF SERVICE, FILED. | |
| — | " | 12 | GOVT'S MOTION REQUESTING THE APPROVAL OF ITS QUESTIONNAIRE FOR PROSPECTIVE JURORS, CERT. OF SERVICE, FILED. (91-570-01) | |
| — | " | 13 | ORDER THAT THE TIME FOR RESPONSE TO GOVT'S MOTION REQUESTING THE APPROVAL OF ITS QUESTIONNAIRE FOR PROSPECTIVE JURORS IS SHORTENED TO MARCH 18, 1992: ETC: TRIAL WILL COMMENCE ON MARCH 23, 1992 WITH THE JURY PANEL'S FILLING OUT VOIR DIRE QUESTIONNAIRE, ETC, FILED. (91-570-01) 3/16/92 ENTERED & COPIES MAILED BY CHAMBERS 3/13/92 | MK |
| 21 | " | 13 | ORDER THAT THE WARDEN OF SCI ROCKVIEW, AND THE U.S. MARSHAL PRODUCE BEFORE THIS COURT THE BODY OF DERRICK WILLIAMS ON MARCH 23, 1992 AT 9:30 A.M. BEFORE THE HON. MARVIN KATZ IN COURTROOM 13-B TO APPEAR FOR TRIAL, FILED. 3/16/92 ENTERED. | MK |
| — | " | 16 | ORDER THAT THE VOIR DIRE "HARDSHIP" QUESTIONNAIRE SHOULD BE PREPARED BY THE GOVT. AND 300 COPIES SUBMITTED BY MARCH 23, 1992, AND SHOULD CONTAIN A REALISTIC ESTIMATE OF THE LENGTH OF THE TRIAL, SPECIFYING A STARTING DATE OF MARCH 30, 1992 FOR THE PANEL'S GUIDANCE RATHER THAN THE OPEN ENDED FORMULATION OF "OVER" A CERTAIN NUMBER OF WEEKS, ETC, FILED. 3/17/92 ENTERED & COPIES MAILED BY CHAMBERS (91-570-01) | MK |

(OVER)

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE 1992 | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| -- | Mar. 17 | ORDER THAT COUNSEL ARE REQUESTED TO EXPLAIN BY MARCH 19, 1992 THE REPRESENTATION IN THE ATTACHED LETTER THAT THE TRIAL TIEM NEEDED FOR GROUPING (f) THROUGH (j) WOULD BE APPROXIMATELY FIVE TO SIX WEEKS IN LIGHT OF THE GOVT'S REPRESENTATION AT THE PRETRIAL CONFERENCE OF MARCH 12, 1992 THAT THE TRIAL OF ALLEGED TOP LEADER JAMES COLE WOULD TAKE ONLY LAST TWO TO THREE WEEKS, FILED. (91-570-01) 3/18/92 ENTERED & COPIES MAILED BY CHAMBERS | MK | | | |
| -- | " 17 | Govt's status report, cert. of service, filed. (91-570-01) | | | | |
| 22 | " 18 | Govt's response to deft's motion to suppress, cert. of service, filed. | | | | |
| -- | " 18 | Govt's status report, cert. of service, filed. (91-570-01) | | | | |
| -- | " 18 | Govt's status report as to order dated 3/17/92, cert. of service, filed. (91-570-01) | | | | |
| -- | " 18 | ORDER THAT THE GOVT'S MOTION REQUESTING APPROVAL OF ITS QUESTIONNAIRE FOR PROSPECTIVE JURORS IS GRANTED AND THE WORDS "COMMUNITY AND" SHALL BE INCLUDED IN QUESTION 2(d), FILED. (91-570-01) 3/19/92 ENTERED | MK | | | |
| 23 | " 19 | Govt's response to deft's motion for severance, cert. of service, filed. | | | | |
| 24 | " 19 | ORDER THAT THE APPLICATION & ORDER FOR DISCLOSURE ARE SEALED AND IMPOUNDED, FILED. | JRM | | | |
| -- | " 19 | APPLICATION & ORDER FOR DISCLOSURE OF RETURNS AND RETURN INFORMATION AS TO DEFT. DERRICK WILLIAMS, FILED. (UNDER SEAL) 3/23/92 ENTERED... | JRM | | | |
| 25 | " 20 | DEFT'S MOTION TO EXCLUDE TESTIMONY OF ARREST OCCURING ON 12/22/87, FILED. | | | | |
| -- | " 20 | GOVT'S MOTION IN SUPPORT OF THE ADMISSIBILITY OF UNCHARGED CRIMES, MEMO, CERT. OF SERVICE, FILED. (91-570-01) | | | | |
| -- | " 20 | ORDER THAT THE COURT WILL HEAR THE STARKS MOTION ON MARCH 23, 1992 AT 2:00 P.M., FILED. (91-570-01) 3/24/92 ENTERED... | MK | | | |
| -- | " 20 | ORDER THAT COUNSEL SHALL REPORT TO CTRM. 13B ON MARCH 23, 1992 AT 9:30 A.M. FOR A STATUS CALL: THE COURT WILL AGAIN CONFER WITH COUNSEL TO DETERMINE WHICH DEFTS WILL ELECT NONTRIAL DISPOSITION: THE COURT WILL HEAR LEGAL ARGUMENT ON THE PENDING SEVERANCE MOTIONS ON MARCH 23, 1992 AT 2:00 P.M.: ALL OTHER MOTIONS WILL BE HEARD ON MARCH 30, 1992 AT 9:30 A.M., FILED. (91-570-01) 3/24/92 ENTERED.... | MK | | | |
| 26 | " 23 | Govt's response to deft's motion to exclude testimony of arrest occurring 12/22/87, cert. of service, filed. | | | | |
| -- | " 23 | ORDER THAT THE DEFTS SHALL RESPOND BY FRIDAY, MARCH 27, 1992 TO GOVT'S MOTION IN SUPPORT OF THE ADMISSIBILITY OF UNCHARGED CRIMES, AND SHALL INCLUDE IN THEIR RESPONSES SUGGESTED LIMITING INSTRUCTIONS, FILED (91-570-01) 3/25/92 ENTERED.... | MK | | | |
| -- | " 24 | Status Conference 3/23/92 re; Conflict issue - Stein, Esq.; RULING: The Court will hear a waiver colloquy on this issue, filed. (91-570-01) | | | | |

CONTINUED....

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U. S. vs WILLIAMS, DERRICK

AO 256A

| | 91 | 00570 | 20 |
|---|---|---|---|
| | Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| **1992** | | | | | |
| -- Mar. 24 | Hearing 3/23/92 re: Hardship questionnaire to the jury, filed. (91-570-01) | | | | |
| -- " 24 | Starks Hearing 3/23/92: Govt's statements; Govt's witnesses called & sworn: Court findings of fact & conclusions of law; RULING: Govt. motion to admit tape recordings and the transcripts thereof into evidence - GRANTED, filed. (91-570-1) | | | | |
| -- " 24 | ORDER THAT THE GOVT'S MOTION TO ADMIT TAPE RECORDINGS AND THE TRANSCRIPTS THEREOF INTO EVIDENCE IS GRANTED, FILED. (91-570-01) 3/26/92 ENTERED & COPIES MAILED. | MK | | | |
| -- " 24 | Hearing 3/23/92 re: Defts' motion for severance, C.A.V., etc. filed. (91-570-01) | | | | |
| -- " 24 | ORDER THAT COUNSEL WHOSE CLIENTS ARE GOING TO TRIAL ON MARCH 30, 1992 AT 9:30 A.M. SHALL CONFER AND ADVISE THE COURT BY MARCH 27, 1992 AS TO THOSE MEMBERS OF THE JURY PANEL AS TO WHOM THEY AGREE MAY BE EXCUSED ON THE BASIS OF THEIR VOIR DIRE QUESTIONNAIRE, FILED. (91-570-01) 3/26/92 ENTERED..... | MK | | | |
| -- " 24 | ORDER THAT COUNSEL ARE REQUESTED TO BRIEF THE PROBATION REPORT ISSUED BY MARCH 27, 1992, THE COURT WILL HEAR THE MATTER AT TRIAL, FILED. (91-570-01) 3/26/92 ENTERED & COPIES MAILED. | MK | | | |
| -- " 24 | ORDER THAT COUNSEL REPRESENTING DEFTS SERVING STATE SENTENCES ARE REQUESTED TO ADVISE THE COURT WHETHER THERE IS OBJECTIONS TO THEIR CLIENTS' BEING HELD AT GRATERFORD DURING THE TRIAL, ETC, FILED. (91-570-01) 3/26/92 ENTERED... | MK | | | |
| -- " 24 | ORDER THAT COUNSEL REPRESENTING DEFTS SERVING STATE SENTENCES NEED NOT ADVISE THE COURT WHETHER THERE IS OBJECTIONS TO THEIR CLIENTS' BEING HELD AT GRATERFORD DURING THE TRIAL, ETC, FILED. (91-570-01) | MK | | | |
| -- " 24 | ORDER AND MEMORANDUM THAT THE TRIAL OF THE DEFTS IN THE ABOVE CASE ARE SEVERED AS FOLLOWS: THE FOLLOWING DEFTS SHALL PROCEED TO TRIAL FIRST, AARON JONES, BRYAN THURTON AND BERNARD FIELDS: THAT THE TRIAL FOR THE REMAINING DEFTS IS CONTINUED, ETC, FILED. (91-570-01) | MK | | | |
| 27 " 24 | ORDER THAT DEFT'S MOTION TO SEVER IS DENIED AS PREMATURE IN LIGHT OF THE COURT'S ORDER OF MARCH 24, 1992, FILED. 3/27/92 ENTERED & COPIES MAILED. | MK | | | |
| 28 Apr. 2 | ORDER THAT EXCLUDABLE TIME IN THE ABOVE CAPTIONED CASE BE COMPUTED AND ENTERED ON THE RECORD FROM THE DATE OF FILING OF DEFT. SUPPLEMENTAL OMNIBUS PRETRIAL MOTION FILED ON 3/12/92: DEFT. MOTION TO EXCLUDE TESTIMONY OF ARREST OCCURING ON 12/12/87, FILED ON 3/20/92, UNTIL SUCH TIME THAT A HEARING ON SAID MOTION IS CONCLUDED OR OTHER PROMPT DISPOSITION IS MADE., FILED. 4/3/92 ENTERED & COPIES MAILED. | MK-CLK | | | |
| -- " 2 | Transcript of 3/23/92, filed. (91-570-01) | | | | |

( O V E R )

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE 1992 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 29 Apr. 7 | Govt's information supporting enhanced sentence pursuant to 21 U.S.C. §851(a)(1), cert. of service, filed. | | | | |
| -- " 27 | ORDER THAT THE ABOVE CAPTIONED CASE IS SPECIALLY LISTED FOR TRIAL BEFORE THE HON. MARVIN KATZ, TO COMMENCE ON MONDAY, JUNE 15, 1992 AT 9:30 A.M., IN CTRM.13-B, FILED. (91-570-04) 4/28/92 ENTERED & COPIES MAILED BY CHAMBERS | MK | | | |
| -- May 6 | Govt's supplemental bill of particulars, cert. of service, filed.(91-570-02) | | | | |
| -- " 14 | GOVT'S MOTION TO AMEND ITS QUESTIONNAIRE FOR PROSPECTIVE JURORS, CERTIFICATE OF SERVICE, FILED. (91-570-04) | | | | |
| -- " 29 | ORDER THAT GOVT'S MOTION TO AMEND ITS QUESTIONNAIRE FOR PROSPECTIVE JURORS IS GRANTED IN PART AND DENIED IN PART, FILED. (91-570-4) 6/1/92 ENTERED & COPIES MAILED. | MK | | | |
| -- Jun. 1 | ORDER THAT THE TRIAL FOR THE REMAINING DEFTS IS CONTINUED PURSUANT TO 18:3161(h)(8)(A), (B)(i), ETC., FILED. (91-570-02) 6/2/92 entered & copies mailed. | MK | | | |
| 30 Jul. 2 | Certified copy of Order dated 3/13/92 returned "Executed on 3/25/92", filed. | | | | |
| -- " 15 | ORDER THAT COUNSEL FOR THE GOVT. AND THE REMAINING UNTRIED DEFTS. SHALL NOTIFY THE COURT BY JULY 31, 1992 IN THE FORM OF A SINGLE SUBMISSION COORDINATED BY THE GOVT. ATTY. OF THE EARLIEST DATE WHEN ALL COUNSEL ARE AVAILABLE FOR A SPECIAL LISTING OF THE MATTER FOR TRIAL, FILED. (91-570-04) 7/15/92 ENTERED & COPIES MAILED | MK | | | |
| -- " 23 | ORDER THAT THE REMAINING UNTRIED DEFENDANTS ARE SPECIALLY LISTED FOR TRIAL COMMENCING NOVEMBER 4, 1992 AT 10:00 A.M., FILED. (91-570-04) 7/23/92 ENTERED & COPIES MAILED. | | | | |
| -- " 23 | ORDER THAT THE ABOVE-CAPTIONED CASE IS SPECIALLY LISTED FOR TRIAL BEFORE HON. MARVIN KATZ TO COMMENCE ON NOVEMBER 4, 1992 AT 10:00 A.M., IN CTRM. 13-B, FILED. (91-570-04) 7/23/92 ENTERED & COPIES MAILED BY CHAMBERS. | MK | | | |
| -- Aug 3 | ORDER THAT COUNSEL FOR THE GOVT. AND THE REMAINING UNTRIED DEFTS. SHALL NOTIFY THE COURT PROMPTLY IN THE FORM OF A SINGLE SUBMISSION COORDINATED BY THE GOVT. ATTORNEY OF THE EARLIEST DATE WHEN COUNSEL ARE AVAILABLE FOR A SPECIAL LISTING OF THE MATTER FOR TRIAL, FILED. (91-570-04) 8/4/92 ENTERED AND COPIES MAILED. | MK | | | |
| -- " 6 | ORDER THAT THE REMAINING UNTRIED DEFTS ARE SPECIALLY LISTED FOR TRIAL COMMENCING 11/4/92 AT 10:00 A.M., FILED.(91-570-04) 8/7/92 entered & copies mailed | MK | | | |
| -- Sept 17 | ORDER THAT THE ABOVE CAPTIONED CASE IS SPECIALLY LISTED FOR A CRIMINAL JURY TRIAL BEFORE HON. MARVIN KATZ TO COMMENCE ON NOVEMBER 4, 1992 AT 10:00 A.M. IN CTRM. 13-B, FILED. (91-570-01) 9/18/92 ENTERED & COPIES MAILED BY CHAMBERS. | MK | | | |
| | CONTINUED.... | | | | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U. S. vs   WILLIAMS, DERRICK

AO 256A

| | | | Yr. 91 | Docket No. 00570 | Def. 20 |

| DATE | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| ==1992== | | | | | | |
| 31 | Oct. 2 | ORDER THAT THE WARDEN OF GRATERFORD PRISON AND THE U.S. MARSHAL PRODUCE BEFORE THIS COURT THE BODY OF DERRICK WILLIAMS ON NOVEMBER 4, 1992 AT 9:30 A.M. BEFORE THE HON. MARVIN KATZ IN CTRM. 13-B TO APPEAR FOR TRIAL, FILED. 10/2/92 ENTERED. | MK | | | |
| -- | " 2 | ORDER DATED 10/1/92 THAT ANY PROPOSED POINTS FOR CHARGE SHALL BE FILED BY OCTOBER 16, 1992, FILED. (91-570-04) 10/2/92 ENTERED & COPIES MAILED. | MK | | | |
| -- | " 5 | ORDER THAT COUNSEL SHALL CONFER REGARDING THE TWO JURY QUESTIONNAIRES USED IN THE PRIOR TRIALS AND SUBMIT ANY ISSUES REGARDING THE QUESTIONS TO THE COURT BY JOINT MOTION ON OR BEFORE OCT. 16, 1992. THE GOVT. SHALL PROVIDE THE COURT WITH 300 COPIES OF EACH QUESTIONNAIRE BY OCT. 28, 1992, FILED. 10/6/92 ENTERED & COPIES MAILED. | MK | | | |
| -- | Oct. 6 | ORDER THAT DEFT. LEONARD PATTERSON'S OMNIBUS MOTION TO SUPPRESS PHYSICAL EVIDENCE AND IDENTIFICATION, DEFT. DERRICK WILLIAMS' MOTION TO SUPPRESS A HANDWRITTEN LETTER TO CRAIG HAYNES AND MOTION TO EXCLUDE TESTIMONY OF ARREST OF DECEMBER 22, 1987 AND DEFT. RONALD MASON'S MOTION TO SUPPRESS EVIDENCE SEIZED ON JUNE 20, 1989 WILL BE HEARD AT 10:00 A.M. ON NOVEMBER 4, 1992 IN CTRM. 13-B., FILED. (91-570-04) 10/7/92 ENTERED & COPIES MAILED. | MK | | | |
| -- | " 6 | Govt's revised proposed points for charge, cert. of service, filed. (91-570-04) | | | | |
| 32 | " 9 | Deft's points for charge, filed. | | | | |
| 33 | " 29 | Govt's amended response to deft's motion to suppress, cert. of service, filed. | | | | |
| 34 | Nov. 2 | ORDER THAT THE DEFT'S MOTION TO SUPPRESS A HANDWRITTEN LETTER TO CRAIG HAYNES IS DENIED AS MOOT IN LIGHT OF THE GOVT'S REPRESENTATION IN ITS AMENDED RESPONSE, FILED. 11/3/92 ENTERED & COPIES MAILED. | MK | | | |
| 35 | " 4 | ORDER THAT DEFT'S MOTION TO EXCLUDE TESTIMONY OF ARREST OCCURRING ON 12/22/87 IS DENIED BASED UPON THE COURT'S BENCH OPINION, FILED. 11/4/92 ENTERED & COPIES MAILED. | MK | | | |
| -- | " 10 | Motions Hearing of 11/4/92, filed. (91-570-04) | | | | |
| -- | " 10 | Jury Selection of 11/4/92, filed. (91-570-04) | | | | |
| -- | " 16 | Voir Dire(11/5/92), filed.(91-570-15) | MK | | | |
| 36 | " 16 | CHANGE OF PLEA(11/6/92): GUILTY TO CT. 1 SENTENCE: Impr. 223 months concur w/state sentence Deft. is presently serving-Deft. to receive credit for his sentence from 6/1/89; Sup'v Release 5 Yrs.; Special Assessment $50.00, filed. | | | | |
| 37 | " 16 | JUDGMENT AND COMMITMENT ORDER DATED 11/6/92, FILED. 11/17/92 ENTERED. | MK | | | |
| 38 | " 16 | Plea Agreement, filed. | | | | |

(OVER)

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| ==1992== | | |
| 39 Nov. 20 | Certified copy of order dated 10/2/92 returned, "executed on 11/6/92", filed. | |
| 40 " 25 | Transcript of 11/6/92, filed. | |
| 1993 Jan 11 | Tape of Hearing of 11/6/92, filed. ( C.R. Tape # 433) | |
| 1996 | | |
| 41 Dec. 18 | Transcript of 11/6/92, filed. | |
| 1997 | | |
| 42 May 21 | ORDER DATED 05/21/97, THAT THE ATTACHED LETTER SHALL BE FILED BY THE CLERK OF COURT AND COPIES FORWARDED TO COUNSEL, ETC.<br>   (entered 05/21/97 and copies mailed) | MK |
| 43 May 21 | Defendant's letter to Judge Katz re: request to be released to Federal Custody to serve remainder of time. | |
| 1998 | | |
| 44 Jan 14 | MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 2255, MEMORANDUM. | |
| 45 Jan 16 | ORDER DATED 1/16/98 THAT THE GOVT. SHALL RESPOND TO MOVANT'S MOTION UNDER 28 USC SECTION 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY WITHIN SIXTY (60) DAYS.<br>   (entered 1/16/98 and copies mailed by chambers) | |
| 46 Mar. 23 | GOVERNMENT'S MOTION FOR EXTENSION OF TIME, CERTIFICATE OF SERVICE, FILED. | |
| 47 Mar. 23 | ORDER DATED 03/23/98, THAT GOVERNMENT SHALL FILE IT RESPONSE ON OR BEFORE APRIL 16, 1998. (03/24/98 entered and copies mailed) | MK |
| 48 Apr. 20 | Government's Response to Defendant's Motion under 28 U.S.C. 2255, Certificate of Service, filed. | |
| 49 Apr. 21 | ORDER THAT DEFT.'S MOTION TO CORRECT SENTENCE UNDER SECTION 2255 IS GRANTED IN PART AND THE COURT SHALL ISSUE AN AMENDED JUDGMENT OF CONVICTION, CORRECTING THE DEFT.'S SENTENCE TO GIVE HIM CREDIT FOR TIME SERVED IN PA DOCKET NOS. CP 3357, CP 3359, CP 3363, AND CP 2681, FROM 6/1/89, UP TO AND INCLUDING 11/5/92, FOR CONDUCT THAT WAS PART OF THE OFFENSE FOR WHICH THE DEFT. WAS ORIGINALLY SENTENCED ON 11/6/92, AND IT IS FURTHER ORDERED THAT THE DEFT.'S MOTION IS DENIED IN PART, IN THAT THE DEFT.'S CONVICTION SHALL NOT BE VACATED. THE GOVT. DID NOT BREACH THE PLEA AGREEMENT WITH THE DEFT. RATHER, BOTH PARTIES DID NOT DETECT AN ERROR IN THE ORIGINAL JUDGMENT IN CRIMINAL CASE ORDER, WHICH ERROR PREVENTED THE INTENT OF THE PARTIES AND THE COURT IN THE PLEA AGREEMENT FROM BEING CARRIED OUT, FILED.<br>   4/21/98 entered and copies mailed by chambers. | |
| 50 Apr. 22 | AMENDED ORDER DATED 04/22/98, THAT THE JUDGEMENT IN A CRIMINAL CASE ORDER ENTERED NOVEMBER 6, 1998, IS AMENDED. DEFENDANT'S TOTAL IMPRISONMENT TERM OS 223 MONTHS IS REDUCED TO 181 MONTHS AND 25 DAYS, ETC. (04/23/98 entered and copies faxed by chambers 04/22/98) | MK |
| | ( C O N T ) | |

Interval (per Section II)    Start Date / End Date    Ltr. Code    Total Days

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| | WILLIAMS, DERRICK | DOCKET NO. 91-570-20 |
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1998** | | |
| 51 May 1 | | Deft's Notice of Appeal of Amended Order dated 4/22/98 (Document # 50), filed. 5/4/98 Entered and Copy to: U.S. Court of Appeals, B. Miller, Esq., AUSA, Katz, J., U.S. Probation. |
| 52 " 1 | | Copy of Clerk's Notice of Appeal to U.S. Court of Appeals, filed. 5/4/98 Entered and Copy to: U.S. Court of Appeals, Katz, J., Appeals Clerk. |
| 53 " 15 | | Copy of TPO submitted re: Appeal [51], filed. (As received in the US Court of Appeals 5/6/98) |
| -- May 15 | | Record complete for purposes of appeal as to DERRICK WILLIAMS. |
| -- May 28 | | Notice of Docketing of Appeal; USCA No. 98-1381. |
| 54 Nov. 10 | | Certified copy of order received from the USCA that the defendant's appeal is dismissed for lack of jurisdiction, filed. |
| **1999** | | |
| 55 July 7 | | MOTION PURSUANT TO FRCP 60(b) TO REOPEN AND VACATE THE JUDGMENT OF SENTENCE AND AUTHORITIES IN SUPPORT THEREOF, CERTIFICATE OF SERVICE, FILED. |
| 56 July 9 | | ORDER DATED 07/08/99, THAT THE GOVERNMENT SHALL RESPOND TO THE MOTION PURSUANT TO FRCP 60(b) TO REOPEN AND VACATE THE JUDGMENT AND SENTENCE WITHIN SIXTY DAYS, (07/09/99 entered and copies mailed, copies faxed by chambers 07/08/99) M |
| 57 AUG 25 | | GOVT.'S Response to Defts Motion under F.R.C.P. 60(b), Cert. of Service, filed. |
| 58 Sept. 7 | | ORDER DATED 9/7/99 THAT THE DEFENDANT'S MOTION PURSUANT TO FRCP 60(b) TO REOPEN AND VACATE THE JUDGMENT OF SENTENCE IS DENIED, FILED. MK 9/8/99 entered & copies mailed & faxed. |
| 59 Oct. 8 | | DEFENDANT'S NOTICE OF APPEAL, FILED. (copies to AUSA, P. Egan, USCA, Appeal's Clerk, Judge Katz) |
| 60 Oct. 8 | | Clerk's Notice of Appeal, filed. (copies to Appeal's Clerk, File) |
| -- Oct. 19 | | Notice of Docketing of Appeal; Appeals Docket No. 99-1815. |
| 61 Oct. 22 | | Copy of Transcript Purchase Order, filed. |
| -- OCT. 25 | | Record Completed for purposes of Appeal as to Derrick Williams. |
| -- NOV. 3 | | CERTIFIED AND TRANSMITTED RECORD ON APPEAL TO U.S. COURT OF APPEALS ( Pleading 20,25,31,44,45,50,54 not included ) ( Pleading 24 impounded document included ) |
| **2000** | | |
| 62 July 6 | | Certified copy of Order from USCA that request for a certificate of appealability is denied, etc. |
| -- July 6 | | Record returned from the USCA |
| 63 July 12 | | Government's Response to Defendant's Motion Pursuant to Fed.R.Civil P.60(b)(6) and or Motion Fed.R.Divil P. 15(b), Certificate of Service, filed. |
| 64 Nov. 28 | | Certified copy of Order from USCA that the foregoing application for certification to file a "second or successive" motion pursuant to 28 U.S.C. 2255 is denied, etc. |
| **2003** | | |
| 65 Feb 21 | | ORDER OF 2/21/03 AS TO DERRICK WILLIAMS THAT THE ATTACHED COMMUNICATIONS DATED 2/20/03 SHALL BE FILED BY THE CLERK AND COPIES FURNISHED TO COUNSEL, FILED. 2/24/03 ENTERED AND COPIES MAILED. |
| 66 Feb 21 | | ORDER OF 2/21/03 AS TO DERRICK WILLIAMS THAT THE ATTACHED COMMUNICATIONS SHALL BE FILED BY THE CLERK AND COPIES FURNISHED TO COUNSEL, FILED. 2/24/ ENTERED AND COPIES MAILED. |

DC 111A
(Rev. 1-75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
|---|---|---|
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 2008 MAY 1 | | ORDER THAT THIS CASE IS REASSIGNED FROM JUDGE M MARVIN KATZ TO JUDGE EDUARDO C. ROBRENO. SIGNED BY JUDGE HARVEY BARTLE III. 5/1/08. ENTERED 5/2/08 AND COPIES MAILED. |
| 2010 Feb. 22 | 67 | REPORT AND ORDER OF PROBATION OFFICER FOR THE ISSUANCE OF A SUMMONS DIRECTING THE NAMED SUPERVISED RELEASEE TO APPEAR AT A MODIFICATION HEARING. SIGNED BY JUDGE EDUARDO C. ROBRENO ON 2/19/2010. ENTERED 2/23/2010. |
| MARCH 30 | 68 | REPORT AND ORDER OF PROBATION OFFICER THAT THE SUMMONS SIGNED BY THE COURT ON FEBRUARY 19, 2010, REQUESTING A MODIFICATION HEARING BE WITHDRAWN AND THAT THE COURT ISSUANCE A SUMMONS DIRECTING THE NAMED SUPERVISED RELEASEE TO APPEAR AT A REVOCATION HEARING. SIGNED BY JUDGE EDUARDO C. ROBRENO ON 3/17/10. ENTERED 4/1/10. |
| APRIL 1 | 69 | Notice of Hearing: Revocation of supervised release hearing set for Wednesday, April 7, 2010 at 10:00 a.m. |
| APRIL 7 | 70 | CJA 20 APPOINTMENT: PAUL HETZNECKER, ESQUIRE APPOINTED TO REPRESENT DEFENDANT. |
| APRIL 7 | 71 | Minute entry for proceedings held before the Honorable Eduardo C. Robreno: Violation of Supervised Release Hearing held on 4/7/10. Statement of counsel. The defendant pleads guilty of violating standard conditions. Witnesses called and sworn. Defendant sworn. The defendant is found guilty violating standard condition#3. The defendant is found not guilty of violating standard conditions #9 and #11. The defendant's supervised release is revoked. The defendant is committed to the custody of the BOP for 1 day and not less than 24 hours. Supervised Release is extended for a period of 3 years. Court Reporter: ESR |
| APRIL 7 | 72 | ORDER THAT THE EXECUTION OF PRISON SENTENCE IS SUSPENDED UNTIL APRIL 7, 2010, AT WHICH TIME DEFENDANT IS DIRECTED TO REPORT TO THE U.S. MARSHAL FOR THE E.D. OF PA. TO COMMENCE SERVING SAID SENTENCE. SIGNED BY JUDGE EDUARDO C. ROBRENO ON 4/7/10. ENTERED 4/7/10 AND COPIES MAILED BY CHAMBERS |
| APRIL 7 | 73 | ORDER REVOKING SUPERVISED RELEASE THAT THE ORDER OF SUPERVISED RELEASE ENTERED IN THE ABOVE ACTION IS REVOKED. DEFENDANT IS COMMITTED TO THE BOP FOR IMPRISONMENT FOR A PERIOD OF ONE(1) DAY. THE TERM OF SUPERVISE RELEASE IS # YEARS, ETC. SIGNED BY JUDGE EDUARDO C. ROBRENO ON 4/7/10 ENTERED 4/7/10 AND COPIES MAILED BY CHAMBERS. |