69

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DATE OF |
| | : | NOTICE: April 1, 2010 |
| VS. | : | |
| | : | |
| DERRICK WILLIAMS | : | CRIMINAL NO. 91-570-20 |
| 6531 N. 17TH STREET | | |
| PHILADELPHIA, PA 19126 | | |

### NOTICE

TAKE NOTICE, That Petition of the Probation Officer, a copy of which is attached, charges you with certain violation which may warrant revocation of your supervised release.

You are directed to appear at the United States Courthouse, 601 Market Street, Phila., PA on **Wednesday, April 7, 2010 at 10:00 a.m.**, in Courtroom 11A, at which time you will be given a hearing on the charges.

You may have legal counsel present at the hearing if you so desire, in which event you should make appropriate arrangements with your attorney.

Ronald Vance
Deputy Clerk to Judge Robreno
Phone: 267-299-7429

Att.- Copy of Petition

☐ INTERPRETER REQUIRED

NOTICE TO: Defendant
Paul Hetznecker, Defense Counsel
A. Foulkes, U.S. Attorney (via e-mail)
Probation Office (via e-mail)
U.S. Marshal (via e-mail)
Larry Bowman (via e-mail)

Cr. 25sr (8/97eej)