IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| vs. | : | |
| DERRICK WILLIAMS | : | NO. 91-570-20 |

FILED
APR 07 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER TO SURRENDER

**AND NOW**, this 7th day of **April, 2010**, the above-named defendant having been sentenced to the custody of the Bureau of Prisons,

It is **ORDERED** that the execution of prison sentence is suspended until **April 7, 2010**, at which time defendant is directed to report to **the U.S. Marshal for the Eastern District of PA** no later than **2:00 P.M.** to commence serving said sentence.

_____
EDUARDO C. ROBRENO

**ACKNOWLEDGEMENT**

I agree to report as directed by the Court in this Order and understand that if I fail to do so I may be cited for contempt and if convicted may be punished by imprisonment or fine, or both.

_____     _____
Attorney-Witness                              Defendant

Cr 28 (8/80)

4/7/10 mailed
A. Fisk, AUSA
P. Hetznecker, Esq.
U.S. Marshal (2)