IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
:
v. :
: NO. 91-570-20
DERRICK WILLIAMS :

### ORDER REVOKING SUPERVISED RELEASE

AND NOW, this **1st** day of **March, 2012**, after hearing in open court sur violation of supervised release, with defendant and counsel being present, and the defendant stipulating to 1 grade "A" violation of supervised release, it is

**ORDERED AND ADJUDGED** that the order of supervised release entered in the above case is revoked; and it is

**FURTHER ORDERED AND ADJUDGED** that the defendant is committed to the custody of the Bureau of Prisons for imprisonment for a period of thirty (30) months. No period of supervised release shall follow the defendant's release from custody.

BY THE COURT:

EDUARDO C. ROBRENO

cc: U.S. Marshal (2)
    B. Green, USPO (1)
    J. McHugh, Def. Assoc.
    J. Pavlock, AUSA

____3/1/12____       ____RV____
Date                 By Whom